# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 08CR-0050-01 |
| VERSUS | * | JUDGE DOHERTY |
| ROBERT PAUL COSENZA | * | MAGISTRATE JUDGE HILL |

## DETENTION ORDER PENDING TRIAL

A detention hearing was held on March 6, 2008, in accordance with 18 U.S.C. 3142(f). I conclude that the following facts require detention of the defendant pending trial in this case.

## FINDINGS OF FACT

The defendant is a serious danger to the community and a flight risk.

## WRITTEN REASONS FOR DETENTION

The defendant is charged with a crime that involves the possession or use of a firearm. The defendant is in the custody of the Rapides Parish Sheriff's Office and is unable to make his state bond. Therefore, the defendant is thus not eligible for release.

Since the defendant is in State custody, the defendant waived his right to a detention hearing at this time. If the defendant wishes to have a hearing in the future, he may request one when he is eligible for release from state custody.

## DIRECTIONS REGARDING DETENTION

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correction facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Lafayette, Louisiana, March 6, 2008.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE